UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE A. ROSS,

                  Plaintiff,

      -against-

AMERICAN ASSOCIATION FOR
ANATOMY, INC.,

                  Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    2/4/2026
```

25 Civ. 10722 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters filed at ECF Nos. 12, 14, and 15. Plaintiff's unopposed request for a settlement conference before the Honorable Gabriel W. Gorenstein is GRANTED. *See* ECF Nos. 14–15.

Should the parties be unable to resolve this matter through the settlement conference, within **one week** of the settlement conference:

1. Plaintiff shall file her opposition letter, if any, to Defendant's pre-motion letter requesting leave to file a motion to transfer. *See* ECF No. 13.

2. If Defendant still wishes to file a motion to dismiss, Defendant shall file its pre-motion letter seeking leave to file a motion to dismiss in accordance with Rules III.A–B of the undersigned's Individual Practices in Civil Cases. The first exchange of letters under Rule III.B.ii must be complete before this letter is filed.

Future requests for extensions shall be made in accordance with Rule I.C of the undersigned's Individual Practices in Civil Cases, which requires that such requests be made at least 48 hours prior to the scheduled deadline.

      SO ORDERED.

Dated: February 4, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge