UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTINE A. ROSS                                    :

                                                     :     ORDER OF DISCONTINUANCE
                      Plaintiff,                           25 Civ. 10722 (GWG)

                                                     :

     -v.-                                             :

                                                     :

                                                     :

AMERICAN ASSOCIATION FOR ANATOMY,
INC.                                                 :

                                                     :

                      Defendant.
------------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

        This case contains claims under the Fair Labor Standards Act.  On April 29, 2026, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c).  In a filings dated April 30, 2026 and May 5, 2026  (Docket ## 31 and 32), the parties have submitted their proposed settlement agreement.  Having reviewed the proposed settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court finds that it is fair and reasonable.  The settlement is approved.

        Additionally,  the Court finds any terms relating to the amount of the settlement constitute commercially sensitive information whose revelation would have a deleterious effect on the defendant.  Accordingly, the redaction of that information is approved pursuant to Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2006).

        Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement.  The Court will retain jurisdiction to enforce the settlement agreement.

        Any pending motions are moot.  The Clerk is requested to close the case.

        SO ORDERED.

Dated: May 5, 2026
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge